UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE CREWS,

                   Plaintiff,

-v-

MICHAEL MITCHELL, COACH LEASING, INC., COACH USA, INC., and SUBURBAN TRAILS, INC.,

                   Defendants.

20-CV-7173 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, County of New York, on September 2, 2020. Counsel for the plaintiff is directed to file an appearance with this Court no later than September 18, 2020.

    Counsel for the defendants shall serve a copy of this order on counsel for the plaintiff by September 11, 2020.

    SO ORDERED.

Dated: September 4, 2020
       New York, New York

                                                    J. PAUL OETKEN
                                                    United States District Judge