**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
KYLE CREWS,

                Plaintiff,                20-CV-7173 (JPO) (OTW)

                -against-                **SCHEDULING ORDER**

MICHAEL MITCHELL, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Call on Wednesday, January 05, 2022 at 2:30 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

    SO ORDERED.

*s/ Ona T. Wang*

Dated: November 10, 2021                **Ona T. Wang**
       New York, New York           United States Magistrate Judge