UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE CREWS,

      Plaintiff,

   -v-

MICHAEL MITCHELL, *et al.*,

      Defendants.

20-CV-7173 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  The jury trial in this case, previously scheduled for February 14, 2022, is hereby adjourned to February 16, 2022.  This case is the third-priority case for jury selection on February 16, 2022, behind 20-CR-194 and 20-CV-1713, meaning that this case will go forward on that date if the trials in 20-CR-194 and 20-CV-1713 are adjourned (or if courthouse protocols by that time permit jury selection to proceed in my courtroom).  A final pretrial conference will be held on February 9, 2022, at 1:00 p.m.  All pretrial filing deadlines remain the same.

  SO ORDERED.

Dated: January 5, 2022
   New York, New York

_____
J. PAUL OETKEN
United States District Judge