UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE CREWS,

                Plaintiff,

-v-

MICHAEL MITCHELL, *et al.*,

                Defendants.

20-CV-7173 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines, conference dates, and trial are adjourned.

    SO ORDERED.

Dated: January 14, 2022
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge